IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02878-CYC

SHARON BRENTON, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

V.F. CORPORATION,
BRACKEN P. DARRELL,
MATTHEW H. PUCKETT, and
PAUL AARON VOGEL,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on November 7, 2025.**

Defendants' Unopposed Motion for an Extension of Time to Respond to Complaint, ECF No. 8, is **GRANTED**.

It is hereby ORDERED:

- The November 18, 2025 Scheduling Conference is **VACATED**;

- within **fourteen days** of the entry of an order appointing the lead plaintiff and approving the lead counsel, the lead plaintiff and the defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto; and

- the defendants are not required to answer, move, or otherwise respond to the complaint until further order of the Court.

On September 12, 2025, the Court set November 4, 2025 as the deadline for the parties to file the Consent Form. ECF No. 5 at 1. No Consent Form has been filed. Accordingly, it is further ORDERED that the Clerk of the Court shall **REASSIGN** this case under D.C.COLO.LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).