**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02878-NYW-CYC

SHARON BRENTON, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

V.F. CORPORATION, BRACKEN P. DARRELL, MATTHEW H. PUCKETT, and PAUL AARON VOGEL,

      Defendants.

---

Civil Action No. 1:25-cv-03555-PAB-SBP

ROBERT RUZICH, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

V.F. CORPORATION, BRACKEN P. DARRELL, STEVEN E. RENDLE, MATTHEW H. PUCKETT, and PAUL AARON VOGEL,

      Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF MAINSTAGE CAPITAL PARTNERS, LP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by MainStage Capital Partners, LP ("Movant") for appointment as Lead Plaintiff and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the certification signed by Mr. Corey Lane on behalf of Movant.

3.      Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on September 12, 2025.

5.      Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: November 12, 2025                    */s/ Adam M. Apton*
                                            Adam M. Apton

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Adam M. Apton*
Adam M. Apton