# Exhibit 2

| Client Name | MainStage Capital Partners, LP |
| --- | --- |
| Company Name | V.F. Corporation |
| Ticker Symbol | VFC |
| Class Period Start | 10-27-2022 |
| Class Period End | 05-20-2025 |
| 90-DAY Lookback Period Start | 05-21-2025 |
| 90-DAY Lookback Period End | 08-18-2025 |
| 90-DAY Lookback Average | $ 12.36 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS (Stock + Options) | |
| --- | --- |
| LIFO Loss Total | $133,657.42 |
| DURA LIFO* Total | $80,668.69 |
| Gross Shares Purchased | 33,000 |
| Net Shares Retained | 21,000 |
| Net Funds Expended | $451,988.73 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-13-2025 | 200 | 21 | $ 4,200.00 | 03-17-2025 | 200 | | $ 16.50 | $ 3,300.54 | - | - | - | $ 12.36 | | $ 899.46 | |
| 03-13-2025 | 1800 | 21 | $ 37,800.00 | 03-17-2025 | 1800 | | $ 16.51 | $ 29,709.00 | - | - | - | $ 12.36 | | $ 8,091.00 | |
| 03-13-2025 | 700 | 21 | $ 14,700.00 | 03-17-2025 | 700 | | $ 16.50 | $ 11,551.40 | - | - | - | $ 12.36 | | $ 3,148.60 | |
| 03-14-2025 | 2700 | 21 | $ 56,700.00 | 03-14-2025 | 2700 | | $ 16.45 | $ 44,415.00 | - | - | - | $ 12.36 | | $ 12,285.00 | |
| 03-14-2025 | 100 | 21 | $ 2,100.00 | 03-17-2025 | 100 | | $ 16.51 | $ 1,650.50 | - | - | - | $ 12.36 | | $ 449.50 | |
| 03-14-2025 | 1200 | 21 | $ 25,200.00 | 03-17-2025 | 1200 | | $ 16.50 | $ 19,802.40 | - | - | - | $ 12.36 | | $ 5,397.60 | |
| 03-14-2025 | 900 | 21 | $ 18,900.00 | 03-17-2025 | 900 | | $ 16.50 | $ 14,852.43 | - | - | - | $ 12.36 | | $ 4,047.57 | |
| 03-20-2025 | 154 | 21 | $ 3,234.00 | 03-21-2025 | 154 | | $ 16.61 | $ 2,557.94 | - | - | - | $ 12.36 | | $ 676.06 | |
| 03-20-2025 | 2346 | 21 | $ 49,266.00 | 03-21-2025 | 2346 | | $ 16.61 | $ 38,967.06 | - | - | - | $ 12.36 | | $ 10,298.94 | |
| 03-21-2025 | 882 | 21 | $ 18,522.00 | 03-24-2025 | 882 | | $ 16.95 | $ 14,949.90 | - | - | - | $ 12.36 | | $ 3,572.10 | |
| 03-21-2025 | 1018 | 21 | $ 21,378.00 | 03-24-2025 | 1018 | | $ 16.95 | $ 17,255.10 | - | - | - | $ 12.36 | | $ 4,122.90 | |
| 04-03-2025 | 21000 | 19 | $ 399,000.00 | | | | | | - | 21000 | 21000 | $ 12.36 | $ 259,601.31 | $ 139,398.69 | $ 139,398.69 |
| **Total:** | **33,000** | | **$651,000.00** | | **12,000** | | | **$199,011.27** | | **21,000** | **21,000** | | **$259,601.31** | **$192,387.42** | **$139,398.69** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Mainstage Capital Partners, LP**
**Transactions in V.F. Corporation - VFC**
**Class Period: 10-27-2022 to 05-20-2025, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | -$58,730.00 |
| *Dura* LIFO Losses/(Gain)* Options | -$58,730.00 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/12/2025 | SO | -48 | VFC 3/21/2025 $21 Put | 0.32 | ($1,536.00) |
| 2/12/2025 | SO | -72 | VFC 3/21/2025 $21 Put | 0.32 | ($2,304.00) |
| 3/13/2025 | ASGN | 27 | VFC 3/21/2025 $21 Put | | $0.00 |
| 3/14/2025 | ASGN | 49 | VFC 3/21/2025 $21 Put | | $0.00 |
| 3/20/2025 | ASGN | 25 | VFC 3/21/2025 $21 Put | | $0.00 |
| 3/21/2025 | ASGN | 19 | VFC 3/21/2025 $21 Put | | $0.00 |
| 3/14/2025 | SO | -46 | 4/17/2025 $19 Put | 2.81 | ($12,926.00) |
| 3/17/2025 | SO | -67 | 4/17/2025 $19 Put | 2.73 | ($18,291.00) |
| 3/17/2025 | SO | -15 | 4/17/2025 $19 Put | 2.73 | ($4,095.00) |
| 3/21/2025 | SO | -45 | 4/17/2025 $19 Put | 2.55 | ($11,475.00) |
| 3/24/2025 | SO | -37 | 4/17/2025 $19 Put | 2.19 | ($8,103.00) |
| 4/3/2025 | ASGN | 21000 | 4/17/2025 $19 Put | | $0.00 |