# Exhibit 3



**Source:** *Levi & Korsinsky, LLP*

*September 12, 2025 16:28 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of V.F. Corporation Securities and Sets a Lead Plaintiff Deadline of November 12, 2025

NEW YORK, Sept. 12, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of V.F. Corporation ("VFC" or the "Company") (NYSE: VFC) <u>between October 30, 2023, to May 20, 2025, both dates inclusive.</u> <u>You are hereby noti ed</u>** that the class action lawsuit *Sharon Brenton v. V.F. Corporation., et al.* (Case No. 1:25-cv-02878) has been commenced in the United States District Court for the District of Colorado. To get more information **go to:**

[https://zlk.com/pslra-1/v-f-corporation-lawsuit-submission-form](https://zlk.com/pslra-1/v-f-corporation-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of VFC's turnaround plans; notably, that additional significant reset actions would be necessary to return the Vans brand to

growth, resulting in significant setbacks to Vans' revenue growth trajectory. These statements caused Plaintiff and other shareholders to purchase and/or acquire VFC's securities at artificially inflated prices.

The truth emerged on May 21, 2025, when VFC reported its fourth quarter and full-year fiscal 2025 results, highlighting a significant decline in Vans' growth trajectory, which faltered from an 8% loss the quarter before to a 20% loss in the fourth quarter, and noting such decline would continue through the next quarter. The Company attributed its results and below-expectation guidance largely as "a direct effect of deliberately reduced revenue to eliminate unprofitable or unproductive businesses" and "an additional set of deliberate actions" already in-place but previously unannounced. VFC further noted that, disregarding these deliberate actions, Vans would still have shown a "high single digit[]" revenue decline, suggesting growth slowed in comparison to the prior years' sequential improvements irrespective of management's new "deliberate actions."

Investors and analysts reacted immediately to VFC's revelation. The price of VFC's common stock declined dramatically. From a closing market price of $14.43 per share on May 20, 2025, VFC's stock price fell to $12.15 per share on May 21, 2025, a decline of about 15.8% in the span of just a single day.

**If you suffered a loss in VFC securities, you have until November 12, 2025,** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com