## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**Civil Action No**.: 1:25-cv-02878-NYW-CYC

SHARON BRENTON, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

V.F. CORPORATION, BRACKEN P.
DARRELL, MATTHEW H. PUCKETT, and
PAUL AARON VOGEL,

Defendants.

---

**Civil Action No.**: 1:25-cv-03555-PAB-SBP

RICHARD RUZICH, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

V.F. CORPORATION, BRACKEN P.
DARRELL, STEVEN E. RENDLE,
MATTHEW H. PUCKETT, and
PAUL AARON VOGEL,

Defendants.

---

## DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF ROBERT RUZICH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.     I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Robert Ruzich ("Ruzich"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Ruzich's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.     Attached hereto as Exhibit A is a true and correct copy of a chart setting forth Ruzich's financial interest in this Action.

3.     Attached hereto as Exhibit B is a true and correct copy of the press release published via *Globe Newswire* on September 12, 2025, announcing the pendency of the first-filed of the Related Actions.

4.     Attached hereto as Exhibit C is a true and correct copy of a Declaration executed by Ruzich.

5.     Attached hereto as Exhibit D is a true and correct copy of the firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 12, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1