# EXHIBIT A

**VF Corporation (VFC)**
**Class Period: October 27, 2022 to May 20, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $12.3620 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Account 1 (Richard Ruzich) | | 15,235 | | ($447,666) | | 0 | | $0 | 15,235 | $188,335 | ($259,332) |
| Account 2 (Richard Ruzich) | | 9,122 | | ($268,649) | | 0 | | $0 | 9,122 | $112,766 | ($155,883) |
| Account 3 (Margaret Ann Ruzich) | | 1,697 | | ($50,010) | | 0 | | $0 | 1,697 | $20,978 | ($29,032) |
| **Robert Ruzich** | | **26,054** | | **($766,325)** | | **0** | | **$0** | **26,054** | **$322,079** | **($444,247)** |
| | | | | | | | | | | | |
| Account 1 (Richard Ruzich) | | | | | | | | | | | |
| Robert Ruzich | 1/23/2023 | 9 | $30.0600 | ($271) | | | | | | | |
| Robert Ruzich | 1/23/2023 | 10 | $30.0700 | ($301) | | | | | | | |
| Robert Ruzich | 1/23/2023 | 5,300 | $30.0400 | ($159,212) | | | | | | | |
| Robert Ruzich | 1/23/2023 | 350 | $30.0800 | ($10,528) | | | | | | | |
| Robert Ruzich | 1/26/2023 | 80 | $29.7300 | ($2,378) | | | | | | | |
| Robert Ruzich | 1/26/2023 | 5 | $29.7800 | ($149) | | | | | | | |
| Robert Ruzich | 1/26/2023 | 1,600 | $29.7700 | ($47,632) | | | | | | | |
| Robert Ruzich | 2/6/2023 | 7,000 | $28.8300 | ($201,810) | | | | | | | |
| Robert Ruzich | 2/6/2023 | 70 | $28.8400 | ($2,019) | | | | | | | |
| Robert Ruzich | 2/6/2023 | 7 | $28.8500 | ($202) | | | | | | | |
| Robert Ruzich | 2/6/2023 | 800 | $28.8500 | ($23,080) | | | | | | | |
| Robert Ruzich | 3/14/2023 | 4 | $21.2900 | ($85) | | | | | | | |
| **Robert Ruzich** | | **15,235** | | **($447,666)** | | **0** | | **$0** | **15,235** | **$188,335** | **($259,332)** |
| | | | | | | | | | | | |
| Account 2 (Richard Ruzich) | | | | | | | | | | | |
| Robert Ruzich | 1/6/2023 | 12 | $29.5000 | ($354) | | | | | | | |
| Robert Ruzich | 1/6/2023 | 8,500 | $29.4500 | ($250,325) | | | | | | | |
| Robert Ruzich | 1/6/2023 | 500 | $29.4600 | ($14,730) | | | | | | | |
| Robert Ruzich | 1/6/2023 | 110 | $29.4500 | ($3,240) | | | | | | | |
| **Robert Ruzich** | | **9,122** | | **($268,649)** | | **0** | | **$0** | **9,122** | **$112,766** | **($155,883)** |
| | | | | | | | | | | | |
| Account 3 (Margaret Ann Ruzich) | | | | | | | | | | | |
| **Robert Ruzich** | **1/6/2023** | **1,697** | **$29.4699** | **($50,010)** | | **0** | | **$0** | **1,697** | **$20,978** | **($29,032)** |

*Avg Closing Prices from May 21, 2025 to August 18, 2025