# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02878-NYW-CYC

SHARON BRENTON, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

 v.

V.F. CORPORATION, BRACKEN P. DARRELL, MATTHEW H. PUCKETT, and PAUL AARON VOGEL,

     Defendants.

---

Civil Action No. 1:25-cv-03555-PAB-SBP

ROBERT RUZICH, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

 v.

V.F. CORPORATION, BRACKEN P. DARRELL, STEVEN E. RENDLE, MATTHEW H. PUCKETT, and PAUL AARON VOGEL,

     Defendants.

---

## ORDER GRANTING JOINT MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTING CO-LEAD PLAINTIFFS AND LEAD COUNSEL

Having considered the papers filed in support of the Joint Motion of MainStage Capital Partners, LP ("MainStage") and Robert Ruzich ("Ruzich") for Consolidation of the Actions, Appointment as Co-Lead Plaintiffs, and Approval of Selection of Co-Counsel, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

**I.    CONSOLIDATION OF RELATED ACTIONS**

1.    The above-captioned securities fraud class actions pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Any actions that have been filed, or may be filed, which are related and which may be considered herewith, are consolidated with the *Brenton* matter under Case No. 1:25-cv-02878-NYW-CYC (the "Consolidated Action").

2.    A Master File is hereby established for the consolidated proceedings in the Consolidated Action. The docket number for the Master File shall be Master File No. 1:25-cv-02878-NYW-CYC. The original of this Order shall be filed by the Clerk in the Master File. The Clerk shall serve a copy of this Order on counsel of record in each of the above-captioned actions.

3.    Every pleading filed in the Consolidated Action shall bear the following caption:

Civil Action No. 1:25-cv-02878-NYW-CYC (Consolidated with 1:25-cv-03555-PAB-SBP)

V.F. CORPORATION SECURITIES LITIGATION

## II.    APPOINTMENT OF CO-LEAD PLAINTIFFS AND CO-COUNSEL

4.    MainStage and Ruzich have moved this Court to be appointed as Co-Lead Plaintiffs in the Consolidated Action and to approve the counsel they retained to be Co-Lead Counsel.

5.    Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that MainStage and Ruzich are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints MainStage and Ruzich as Co-Lead Plaintiffs to represent the interests of the class.

6.    Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), MainStage and Ruzich have selected and retained the law firms of Levi & Korsinsky, LLP and Pomerantz LLP to serve as Co-Lead Counsel. The Court approves MainStage and Ruzich's selection of Co-Lead Counsel for the Consolidated Action.

7.    Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

a.    to coordinate the briefing and argument of any and all motions;

b.    to coordinate the conduct of any and all discovery proceedings;

c.    to coordinate the examination of any and all witnesses in depositions;

d.    to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e.    to call meetings of the plaintiff's counsel as they deem necessary and appropriate from time to time;

f.      to coordinate all settlement negotiations with counsel for defendants;

g.      to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h.      to coordinate the preparation and filings of all pleadings; and

i.      to supervise all other matters concerning the prosecution or resolution of the Consolidated Action.

8.      No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of the Co-Lead Counsel.

9.      Service upon any plaintiff of all pleadings in the Consolidated Action, except those specifically addressed to a plaintiff other than Co-Lead Plaintiffs, shall be completed upon service of Co-Lead Counsel.

10.     Co-Lead Counsel shall be the contact between plaintiff's counsel and defendants' counsel, as well as the spokespersons for all plaintiff's counsel, and shall direct and coordinate the activities of plaintiff's counsel. Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

## III.    NEWLY FILED OR TRANSFERRED ACTIONS

11.     When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

a.      file a copy of this Order in the separate file for such action;

b.    serve a copy of this Order on the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c.    make the appropriate entry on the docket for this action.

12.    Each new case that arises out of the subject matter of the action that is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED

DATED: _____

_____
HONORABLE CYRUS Y. CHUNG
UNITED STATES MAGISTRATE JUDGE

5