**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02878-NYW-CYC
*Consolidated with Civil Action No.* 25-cv-03555-NYW-CYC

SHARON BRENTON, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

V.F. CORPORATION,
BRACKEN P. DARRELL,
MATTHEW H. PUCKETT, and
PAUL AARON VOGEL,

      Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED
AMENDED CLASS ACTION COMPLAINT**

---

Court-appointed Lead Plaintiffs MainStage Capital Partners, LP and Robert Ruzich ("Lead Plaintiffs") and additional plaintiff Miguel Nogales Pacheco (with Lead Plaintiffs, "Plaintiffs"), by and through their undersigned counsel, hereby move the Court to enter the [Proposed] Order, filed herewith, granting leave to file a Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws substantially identical to the proposed amendment filed herewith as **Exhibit A**. Plaintiffs further state as follows:

1) On December 23, 2025, the Court entered a Minute Order (ECF No. 34) setting a schedule for Lead Plaintiffs to file an amended complaint and setting a briefing schedule concerning Defendants' forthcoming motion to dismiss.

1

2

2) On February 23, 2026, Plaintiffs filed their operative Amended Class Action Complaint for Violations of the Federal Securities Laws (the "AC").

3) Plaintiffs have determined that the AC contains certain inadvertent typographical errors that require corrections. Specifically, the AC contains several references to "CWX" that should be corrected to refer to a specific number. Correction of these stray errors will not prejudice Defendants. Rather, specificity as to which CW the allegations are attributed to will provide clarity to all parties and the Court as to the nature of the claims.

4) Attached hereto as **Exhibit A** and **Exhibit B**, respectively, are clean and redline versions of Plaintiffs' proposed Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws.

5) Plaintiffs' counsel has conferred with counsel for Defendants who have advised that Defendants do not oppose the relief requested.

6) Entry of the [Proposed] Order herewith will not affect or change any other Court-ordered deadline.

Wherefore, Plaintiffs request the Court enter the [Proposed] Order filed herewith and grant Plaintiffs leave to file a corrected amended complaint substantially identical to Plaintiffs' **Exhibit A**.

Dated: March 11, 2026

*/s/ Brenda Szydlo*
**Brenda Szydlo**
Jeremy A. Lieberman
Brenda Szydlo
Dean P. Ferrogari
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016

2

Telephone: (212) 661-1100
E-mail: jalieberman@pomlaw.com
E-mail: bszydlo@pomlaw.com
E-mail: dferrogari@pomlaw.com

*/s/ Gregory M. Potrepka*
**Gregory M. Potrepka**
Shannon L. Hopkins
Gregory M. Potrepka
Levi & Korsinsky, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
E-mail: shopkins@zlk.com
E-mail: gpotrepka@zlk.com

*Co-Lead Counsel for Lead Plaintiffs
and the proposed Class*

**CERTIFICATION RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

The undersigned counsel certify that generative artificial intelligence was not used to draft this filing.

*/s/ Brenda Szydlo*
**Brenda Szydlo**

*/s/ Gregory M. Potrepka*
**Gregory M. Potrepka**

4