IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02878-NYW-CYC
    *Consolidated with Civil Action No.* 25-cv-03555-NYW-CYC

SHARON BRENTON, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

v.

V.F. CORPORATION,
BRACKEN P. DARRELL,
MATTHEW H. PUCKETT, and
PAUL AARON VOGEL,

     Defendants.

---

## [PROPOSED] ORDER

---

WHEREAS, the Court-appointed Lead Plaintiffs MainStage Capital Partners, LP and Robert Ruzich ("Lead Plaintiffs") and additional plaintiff Miguel Nogales Pacheco (with Lead Plaintiffs, "Plaintiffs"), have filed an Unopposed Motion for Leave to File Corrected Amended Class Action Complaint (the "Motion"), seeking the Court's leave to amend their operative pleading (ECF No. 36) to file a corrected version that revises certain inadvertent typographical errors;

WHEREAS, Plaintiffs' counsel has conferred with counsel for Defendants who have advised that Defendants do not oppose the relief requested in the Motion;

WHEREAS, the Court having reviewed and considered the Motion, and good cause appearing therefor,

1

2

IT IS HEREBY ORDERED this _____ day of _____, 202___ that:

1.      Lead Plaintiffs shall file a corrected amended complaint substantially identical to the **Exhibit A** attached to their Motion no later than one business day after entry of this Order;

2.      No other deadlines shall be affected or changed by entry of this Order.


_____

Hon. Cyrus Y. Chung
United States Magistrate Judge

2